ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: (415) 836-2500
Fax: (415) 836-2501

ELLEN E. DEW
(*pro hac vice* application forthcoming)
ellen.dew@us.dlapiper.com
A. NEILL THUPARI
(*pro hac vice* application forthcoming)
neill.thupari@us.dlapiper.com
EMILY M. STEINER
(*pro hac vice* application forthcoming)
emily.m.steiner@us.dlapiper.com
6225 Smith Avenue
Baltimore, Maryland 21209
Tel: (410) 580-3000
Fax: (410) 580-3001

Attorneys for Defendant
APPLE INC.

EDWARD N. GRIFFIN
(*pro hac vice* application forthcoming)
griffin@adelphilaw.com
JOSHUA G. WHITAKER
(*pro hac vice* application forthcoming)
whitaker@adelphilaw.com
**ADELPHI LAW**
2306 Wineberry Terrace
Baltimore, MD 21209
Tel: (888) 367-0383
Fax: (888) 367-0383

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADONA DIEP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | CASE NO. 4:21-CV-10063-PJH<br><br>**DECLARATION OF ISABELLE L. ORD IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:　　Hon. Phyllis J. Hamilton |

1. I am a partner with the law firm of DLA Piper LLP (US), counsel of record for Defendant Apple Inc. ("Defendant") in this matter. I have personal knowledge of the following facts and if called to testify, I could and would testify competently thereto.

2. On September 16, 2021, Plaintiff Hadona Diep ("Plaintiff") filed a Complaint in the United States District Court for the District of Maryland (Dkt. No. 1).

3. On November 4, 2021, Plaintiff moved to transfer the case to the United States District Court for the Northern District of California (Dkt. No. 13).

4. On December 23, 2021, the United States District Court for the District of Maryland ordered that the above-captioned case be transferred to the United States District Court for the Northern District of California (the "December 23 Order") (Dkt. No. 19). The December 23 Order further stated that "Defendant's response to the Complaint shall be due forty-five days after the date on which this case is transferred and opened in the United States District Court for the Northern District of California." The above-captioned matter was then transferred and opened on December 29, 2021, in this Court (Dkt. No. 20), thereby setting Defendant's deadline to respond to the Complaint as February 14, 2022.

5. The parties have met and conferred, and it is understood between the parties that Plaintiff intends to file an Amended Complaint on or before March 15, 2022. As such, the parties agree that it would be inefficient to engage in motions practice or responsive pleading relating to a Complaint that will shortly be amended.

6. The Parties therefore agree and stipulate that Defendant's response to the Amended Complaint shall be due forty-five (45) days after the date on which the Amended Complaint is filed with the Court.

7. This extension of time is for legitimate purposes and is not intended to cause unnecessary delay, and no party will be prejudiced by the extension. The parties have agreed to this extension as a professional courtesy and to conserve the parties' and Court's resources.

8. There have been no previous time modifications in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 10, 2022, at Moraga, California.

*/s/ Isabelle L. Ord*
Isabelle L. Ord