1  ISABELLE L. ORD (Bar No. 198224)
2  isabelle.ord@us.dlapiper.com
   **DLA PIPER LLP (US)**
3  555 Mission Street, Suite 2400
   San Francisco, CA 94105-2933
4  Tel: (415) 836-2500
   Fax: (415) 836-2501
5
   ELLEN E. DEW
6  (*pro hac vice* application forthcoming)
   ellen.dew@us.dlapiper.com
7  A. NEILL THUPARI
8  (*pro hac vice* application forthcoming)
   neill.thupari@us.dlapiper.com
9  EMILY M. STEINER
   (*pro hac vice* application forthcoming)
10 emily.m.steiner@us.dlapiper.com
11 6225 Smith Avenue
   Baltimore, Maryland 21209
12 Tel: (410) 580-3000
   Fax: (410) 580-3001
13
14 Attorneys for Defendant
   APPLE INC.

EDWARD N. GRIFFIN
(*pro hac vice* application forthcoming)
griffin@adelphilaw.com
JOSHUA G. WHITAKER
(*pro hac vice* application forthcoming)
whitaker@adelphilaw.com
**ADELPHI LAW**
2306 Wineberry Terrace
Baltimore, MD 21209
Tel: (888) 367-0383
Fax: (888) 367-0383

Attorneys for PLAINTIFF

15

16              **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18 HADONA DIEP,                          CASE NO. 4:21-CV-10063-PJH

19                 Plaintiff,            **STIPULATION AND ~~[PROPOSED]~~
                                         ORDER TO EXTEND TIME TO
20        v.                             RESPOND TO THE COMPLAINT**

21 APPLE INC.,

22                 Defendant.            Judge:      Hon. Phyllis J. Hamilton

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-1 and 6-2, Plaintiff Hadona Diep ("Plaintiff") and

2    Defendant Apple Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through

3    undersigned counsel of record, hereby stipulate with respect to Defendant's time to respond to the

4    Complaint as follows:

5    WHEREAS, on September 16, 2021, Plaintiff filed a Complaint in the United States

6    District Court for the District of Maryland (Dkt. No. 1);

7    WHEREAS, on November 4, 2021, Plaintiff moved to transfer the case to the United

8    States District Court for the Northern District of California (Dkt. No. 13);

9    WHEREAS, on December 23, 2021, the United States District Court for the District of

10   Maryland ordered that the above-captioned case be transferred to the United States District Court

11   for the Northern District of California (the "December 23 Order") (Dkt. No. 19);

12   WHEREAS, the December 23 Order further stated that "Defendant's response to the

13   Complaint shall be due forty-five days after the date on which this case is transferred and opened

14   in the United States District Court for the Northern District of California." (Dkt. No. 19);

15   WHEREAS, the above-captioned matter was then transferred and opened on December 29,

16   2021, in this Court (Dkt. No. 20), thereby setting Defendant's deadline to respond to the

17   Complaint as February 14, 2022;

18   WHEREAS, the Parties have met and conferred, and it is understood between the Parties

19   that Plaintiff intends to file an Amended Complaint on or before March 15, 2022.  As such, the

20   Parties agree that it would be inefficient to engage in motions practice or responsive pleading

21   relating to a Complaint that will shortly be amended;

22   WHEREAS, the Parties agree that this extension of time is for legitimate purposes and is

23   not intended to cause unnecessary delay, and no party will be prejudiced by the extension;

24   WHEREAS, the Parties stipulate and agree that Defendant's response to the Amended

25   Complaint shall be due forty-five (45) days after the date on which the Amended Complaint is

26   filed with the Court;

27   WHEREAS, there have been no previous time modifications in this case;

28

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.  Defendant shall have an extension of time to respond to the Complaint in this action until forty-five (45) days after the date on which the Amended Complaint is filed with the Court.

2.  Nothing in this Stipulation shall be construed as a waiver of any Party's rights or position in law or equity, or as a waiver of any defenses, including but not limited to those based on jurisdiction, venue, standing, and failure to state a claim upon which relief may be granted.


Dated:  February 10, 2022                        DLA PIPER LLP (US)


                                                 By: */s/ Isabelle L. Ord*
                                                     ISABELLE L. ORD
                                                     Attorneys for Defendant
                                                     APPLE INC.


                                                 ADELPHI LAW


                                                 By: */s/ Edward N. Griffin*
                                                     EDWARD N. GRIFFIN
                                                     JOSHUA G. WHITAKER
                                                     Attorneys for Plaintiff


**PURSUANT TO STIPULATION, IT IS SO ORDERED**


DATED: February __11__, 2022

                                                 _____
                                                 Hon. Phyl... ...on
                                                 United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**FILER ATTESTATION**

I, Isabelle L. Ord, attest under Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  February 10, 2022                    DLA PIPER LLP (US)


By: */s/ Isabelle L. Ord*
                                              ISABELLE L. ORD
                                              Attorneys for Defendant
                                              APPLE INC.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 4:21-CV-10063-PJH