| | |
|---|---|
| 1 | ADELPHI LAW |
| 2 | Joshua G. Whitaker (*pro hac vice* admission application forthcoming)<br>whitaker@adelphilaw.com |
| 3 | Edward N. Griffin (*pro hac vice* admission application forthcoming)<br>griffin@adelphilaw.com |
| 4 | 2306 Wineberry Terrace<br>Baltimore, MD 21209 |
| 5 | Telephone: 888.367.0383<br>Facsimile:  888.367.0383 |
| 6 | CONN LAW, PC |
| 7 | Elliot Conn (SBN 279920)<br>elliot@connlawpc.com |
| 8 | 354 Pine St., 5th Floor<br>San Francisco, CA 94104 |
| 9 | Telephone: 415.417.2780<br>Facsimile:  415.358.4941 |
| 10 | Attorneys for Plaintiff individually and on behalf of all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HADONA DIEP, individually and on behalf of all similarly situated persons,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>                    Defendant. | Case No. 4:21-cv-10063-PJH<br><br>**NOTICE OF APPEARANCE OF ELLIOT CONN AS COUNSEL OF RECORD FOR PLAINTIFF** |

1

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT Elliot Conn of Conn Law, PC hereby appears as |
| 3 | counsel of record in this action for Plaintiff HADONA DIEP. His contact information is as |
| 4 | follows: |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Elliot Conn of Conn Law, PC hereby appears as counsel of record in this action for Plaintiff HADONA DIEP. His contact information is as follows:

Elliot Conn
CONN LAW, PC
354 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone:   415.417.2780
Facsimile:   415.358.4941
Email:       elliot@connlawpc.com

Please serve above counsel with all pleadings, notices, and other filings in this action.

Dated: March 13, 2022                      CONN LAW, PC


/s/ *Elliot Conn*
ELLIOT CONN
Attorney for Plaintiff
HADONA DIEP

*[All Counsel for Plaintiff appear on the caption page]*

2

NOTICE OF APPEARANCE OF ELLIOT CONN
CASE NO. 4:21-cv-10063-PJH