UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HADONA DIEP, et al.,

    Plaintiffs,

v.

APPLE INC,

    Defendant.

Case No. 21-cv-10063-PJH

**JUDGMENT**

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint with prejudice,

it is Ordered and Adjudged

that plaintiffs take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 2, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge