# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 4:21-cv-10063-PJH |
| Date case was first filed in U.S. District Court: | 09/16/2021 |
| Date of judgment or order you are appealing: | 09/02/2022 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Hadona Diep
Ryumei Nagao

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

2306 Wineberry Terrace

City: Baltimore   State: MD   Zip Code: 21209

Prisoner Inmate or A Number (if applicable):

**Signature** Joshua Whitaker, Pro Hac Counsel   **Date** 10/01/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*