# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Hadona Diep |
| Ryumei Nagao |

Name(s) of counsel (if any):

| |
|---|
| Elliot Conn |
| Joshua Whitaker, Pro Hac Vice Counsel |

Address: 2306 Wineberry Terrace Baltimore MD 21209

Telephone number(s): 301.755.3874

Email(s): whitaker@adelphilaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes    ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Apple, Inc. |

Name(s) of counsel (if any):

| |
|---|
| Isabelle Ord, Alexander Wolf, Ellen Dew (admitted pro hac vice), A. Neill Thupari (admitted pro hac vice) |

Address: 555 Mission Street, Suite 2400 San Francisco, CA 94105-2933

Telephone number(s): 415.836.2500

Email(s): isabelle.ord@us.dlapiper.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      *2*                                      *Rev. 12/01/2018*