

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 10 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| HADONA DIEP; RYUMEI NAGAO, | No.  22-16514 |
| Plaintiffs-Appellants, | D.C. No. 4:21-cv-10063-PJH<br>Northern District of California, |
| v. | Oakland |
| APPLE, INC., | ORDER |
| Defendant-Appellee. | |

Appellants' motion (Docket Entry No. 11) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Gonzalez v. Google LLC*, Sup. Ct. Dkt. No. 21-1333, or until further order of this court.

Appellants shall file a status report on April 10, 2023, and every 90 days thereafter while resolution of *Gonzalez v. Google LLC* remains pending. Status reports should include any change in the status of the case and the estimated date of resolution, if known.

Appellants shall notify the court by filing a status report within 7 days of the resolution of *Gonzalez v. Google LLC*.

Failure to file a status report may terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

LK/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7