UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HADONA DIEP and RYUMEI NAGAO,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>APPLE, INC.,<br><br>        Defendant - Appellee. | No. 22-16514<br><br>D.C. No. 4:21-cv-10063-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered March 27, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>
                                        CLERK OF COURT