UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HADONA DIEP, et al.,

    Plaintiffs,

v.

APPLE INC,

    Defendant.

Case No. 21-cv-10063-PJH

**JUDGMENT**

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

it is Ordered and Adjudged

that plaintiffs take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: July 29, 2024

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge